UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-6245-DMG<br>2:15-bk-21213-VZ | Date | December 18, 2015 |

Title  *In re: Helen Lim-Suk Fung*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

   ____   statement of issues,

   ____   designation of record,

   ____   notice of transcripts, and

   ____   filing fee.

   Appellant is Ordered to Show Cause no later than **January 4, 2016**, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.